AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Bartle III, Harvey | 2. Court or Organization  U.S. District Court, E.D. Pa. | 3. Date of Report  05/11/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Chief U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address  16614 U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ███ | ████████████ |
| 2. Co-Trustee | Trusts under Will |
| 3. Co-Executor | Co-Executor under Will |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 9: 57  FINANCIAL DISCLOSURE OFFICE  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Co-Trustee Fee | $7,000.00 |
| 2. 2008 | Co-Executor Fee | $18,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Texas Teachers Retirement System |
| 2. 2008 | ██████ - Salary |
| 3. 2008 | ████████ Consulting Fee |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Pennsylvania Bar Association | 1/29-30/08 | Las Croabas, Puerto Rico | Guest Speaker | Cab fares to and from airports, one night's lodging, and meals (Midyear Meeting) |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Philadelphia Bar Association | Membership (extended to all judges) | $365 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Kodak (Com.) | A | Dividend | J | T | | | | | |
| 2. General Motors | A | Dividend | J | T | | | | | |
| 3. IBM (Com.) | A | Dividend | K | T | | | | | |
| 4. Xerox (Com.) | A | Dividend | J | T | | | | | |
| 5. Delphi Automotive Systems (Com.) | | None | J | T | | | | | |
| 6. Banknorth, Philadelphia, PA | A | Interest | L | T | | | | | |
| 7. Vanguard-Windsor II (IRA rollover) (previously | | | | | | | | | |
| 8. Dechert Price & Rhoads H.R. 10 Retirement Plan) | | None | L | T | | | | | |
| 9. Merrill Lynch (Mercury U.S. Large Cap Fund Class B) | | None | J | T | | | | | |
| 10. TIAA/CREF (Retirement Fund) | C | Dividend | N | T | | | | | |
| 11. Co-Executor under Will (see attachment) | | | | | | | | | |
| 12. Trusts under Will (see attachment) | | | | | | | | | |
| 13. Easton Vance Pa. Mun. Income Trust | A | Interest | J | T | | | | | |
| 14. VanKemper Am. Capital Trust | A | Interest | J | T | | | | | |
| 15. Wachovia Securities (Account Manager for #12 and #13) | | | | | | | | | See #13 and #14 |
| 16. Vanguard (Wellington Fund) | B | Dividend | L | T | | | | | |
| 17. Vanguard (Wellington Fund Admr) (X) | C | Dividend | M | T | Buy Buy | 7/21 12/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard (Pa. Long Term Tax Exempt Fund ) | A | Interest | J | T | | | | | |
| 19. Estate 1 (new) | | | | | | | | | |
| 20. - Altria Group (X) | A | Dividend | | | Distributed* | 12/9 | K | | |
| 21. | | | | | Sold | 12/10 | J | A | |
| 22. - Aqua America (X) | B | Dividend | | | Distributed* | 12/9 | M | | |
| 23. | | | | | Sold | 12/10 | K | A | |
| 24. | | | | | Sold (part) | 12/15 | J | A | |
| 25. - Bank of America (X) | B | Dividend | | | Distributed* | 12/9 | J | | |
| 26. | | | | | Sold | 12/10 | J | A | |
| 27. | | | | | Sold (part) | 12/15 | J | A | |
| 28. - Blackrock PA Strategic Mun (X) | A | Dividend | | | Sold | 8/11 | J | A | |
| 29. - Blackrock Mun Yield PA (X) | A | Dividend | | | Sold | 8/11 | K | A | |
| 30. - BP (X) | B | Dividend | | | Distributed* | 12/9 | L | | |
| 31. | | | | | Sold | 12/10 | J | A | |
| 32. - Chevron (X) | C | Dividend | | | Distributed* | 12/9 | M | | |
| 33. | | | | | Sold | 12/10 | K | B | |
| 34. - Cigna (X) | | None | | | Distributed* | 12/9 | M | | |

\* 1/3 distributed in kind to the undersigned.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/10 | K | C | |
| 36. | | | | | Sold (part) | 12/15 | J | A | |
| 37.   - Cisco Systems (X) | | None | | | Distributed * | 12/9 | J | | |
| 38. | | | | | Sold | 12/10 | J | A | |
| 39. | | | | | Sold (part) | 12/15 | J | A | |
| 40.   - Citigroup (X) | A | Dividend | | | Distributed * | 12/9 | J | | |
| 41. | | | | | Sold | 12/10 | J | A | |
| 42. | | | | | Sold (part) | 12/15 | J | A | |
| 43.   - Coatesville PA Sch Dist 2.7% (X) | A | Ex.Int. | | | Sold | 6/26 | K | A | |
| 44.   - Colonial Bank CD 4.65% (X) | C | Interest | | | Redeemed | 6/26 | L | A | |
| 45.   - DowChemical (X) | B | Dividend | | | Distributed * | 12/9 | L | | |
| 46. | | | | | Sold | 12/10 | J | A | |
| 47. | | | | | Sold (part) | 12/15 | J | A | |
| 48.   - East Lampeter PA Sew 5.6% (X) | A | Ex.Int. | | | Sold | 8/25 | J | A | |
| 49.   - Easton Vance PA Mun (X) | A | Dividend | | | Sold | 8/11 | J | A | |
| 50.   - Exelon (X) | B | Dividend | | | Distributed * | 12/9 | K | | |
| 51. | | | | | Sold | 12/10 | K | A | |

\* 1/3 distributed in kind to the undersigned.

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Exxon Mobil (X) | A | Dividend | | | Distributed * | 12/9 | J | | |
| 53. | | | | | Sold | 12/10 | J | A | |
| 54. | | | | | Sold (part) | 12/15 | J | A | |
| 55. - Federal Natl Mtg Assn (X) | A | Dividend | | | Distributed * | 12/9 | J | | |
| 56. | | | | | Sold | 12/10 | J | A | |
| 57. | | | | | Sold (part) | 12/15 | J | A | |
| 58. - FedEx Corp (X) | A | Dividend | | | Distributed * | 12/9 | J | | |
| 59. | | | | | Sold | 12/10 | J | A | |
| 60. | | | | | Sold (part) | 12/15 | J | A | |
| 61. - General Electric (X) | C | Dividend | | | Distributed * | 12/9 | M | | |
| 62. - Intel (X) | A | Dividend | | | Distributed * | 12/9 | J | | |
| 63. | | | | | Sold | 12/10 | J | A | |
| 64. | | | | | Sold (part) | 12/15 | J | A | |
| 65. - IBM (X) | A | Dividend | | | Distributed * | 12/9 | J | | |
| 66. - Johnson & Johnson (X) | B | Dividend | | | Distributed * | 12/9 | K | | |
| 67. - JP Morgan Chase (X) | B | Dividend | | | Distributed * | 12/9 | L | | |
| 68. | | | | | Sold | 12/10 | K | A | |

\* 1/3 distributed in kind to the undersigned.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Lancaster PA Area Sewer 6/0% (X) | A | Ex.Int. | | | Sold | 8/25 | J | A | |
| 70. - Merck (X) | A | Dividend | | | Distributed * | 12/9 | K | | |
| 71. | | | | | Sold | 12/10 | K | A | |
| 72. | | | | | Sold (part) | 12/15 | J | A | |
| 73. - Microsoft (X) | A | Dividend | | | Distributed * | 12/9 | J | | |
| 74. | | | | | Sold | 12/10 | J | A | |
| 75. | | | | | Sold (part) | 12/15 | J | A | |
| 76. - Nuveen PA Invt Qual Mun Fd (X) | A | Dividend | | | Sold | 8/11 | K | A | |
| 77. - Nuveen PA Prem Inc Mun Fd 2 (X) | A | Dividend | | | Sold | 8/11 | J | A | |
| 78. - Oracle (X) | | None | | | Distributed * | 12/9 | J | | |
| 79. | | | | | Sold | 12/10 | J | A | |
| 80. - Pepsico (X) | A | Dividend | | | Distributed * | 12/9 | K | | |
| 81. | | | | | Sold | 12/10 | J | A | |
| 82. - Pfizer (X) | D | Dividend | | | Distributed * | 12/9 | N | | |
| 83. | | | | | Sold | 12/10 | M | A | |
| 84. - Philip Morris International (X) | B | Dividend | | | Distributed * | 12/9 | L | | |
| 85. | | | | | Sold | 12/10 | K | A | |

\* 1/3 distributed in kind to the undersigned.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Praxair (X) | B | Dividend | | | Distributed | 12/9 | M | | |
| 87. | | | | | Sold | 12/10 | K | A | |
| 88. | | | | | Sold (part) | 12/15 | J | A | |
| 89.  - Procter & Gamble (X) | A | Dividend | | | Distributed* | 12/9 | K | | |
| 90. | | | | | Sold | 12/10 | J | A | |
| 91.  Uniontown Area Penn 3.125% (X) | A | Ex.Int. | | | Sold | 8/25 | K | A | |
| 92.  Van Kampen Amer Cap PA Val Mun (X) | B | Dividend | | | Sold | 8/11 | L | A | |
| 93.  - Wachovia Bank CD 4.6% (X) | B | Interest | | | Redeemed | 8/25 | L | A | |
| 94.  - Wachovia Corp (X) | B | Dividend | | | Distributed* | 12/9 | K | | |
| 95. | | | | | Sold | 12/10 | J | A | |
| 96.  - Wachovia Securities Command Mon Mkt (X) | A | Dividend | K | T | | | | | |
| 97.  - Wal-Mart Stores (X) | A | Dividend | | | Distributed* | 12/9 | J | | |
| 98. | | | | | Sold | 12/10 | J | A | |
| 99. | | | | | Sold (part) | 12/15 | J | A | |
| 100.  - Westernbank CD 4.7% (X) | A | Interest | | | Redeemed | 6/26 | L | A | |
| 101.  -Weyerhauser (X) | A | Dividend | | | Distributed* | 12/9 | K | | |
| 102. | | | | | Sold | 12/10 | J | A | |

\*  1/3 distributed in kind to the undersigned.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - World Savings Bank CD 4.7% (X) | B | Interest | K | T | Distributed * (part) | 12/9 | L | | |
| 104. - World Savings Bank CD 4.85% (X) | B | Interest | K | T | Distributed * (part) | 12/9 | L | | |
| 105. - Kraft Foods (X) | A | Dividend | | | Distributed * | 12/9 | K | | |
| 106. | | | | | Sold | 12/10 | J | A | |

\* 1/3 distributed in kind to the undersigned.

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | May-09 |

## VII. Page 1 INVESTMENTS AND TRUSTS -- income, value, transactions (includes those of spouse and children. See pp. 34-57 of Instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income) | | | | | | | | | |
| 1 | Trusts under Will | | | | | | | | | |
| 2 | - Abbott Laboratories | A | Div. | K | T | | | | | |
| 3 | - Altria Group | D | Div. | K | T | | | | | |
| 4 | - Aqua America | B | Div. | L | T | | | | | |
| 5 | - Bristol Myers Squibb | C | Div. | L | T | | | | | |
| 6 | - Capital World Growth & Inc Fd | A | Div. | J | T | bought | 1/8/08 | K | | |
| 7 | - Cisco Systems | | None | J | T | | | | | |
| 8 | - Europacific Growth Fd Cl A | A | Div. | J | T | bought | 1/8/08 | K | | |
| 9 | - Exxon Mobil | B | Div. | L | T | | | | | |
| 10 | - Federal Home Loan Mtg Corp | A | Div. | J | T | | | | | |
| 11 | - General Electric | B | Div. | L | T | part sale | 5/30 | K | A | |
| 12 | - Hanesbrand | | None | J | T | part sale | 1/3/08 | J | A | |
| 13 | - Hospira | | None | J | T | | | | | |
| 14 | - IBM | A | Div. | J | T | | | | | |
| 15 | - Kraft Foods | B | Div. | K | T | | | | | |
| 16 | - MBIA | A | Div. | J | T | | | | | |
| 17 | - Medco Health Solutions | | None | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | E=$15,001 - $50,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harvey Bartle, III | May-09 |

## VII. Page 1 INVESTMENTS AND TRUSTS -- income, value, transactions *(includes those of spouse and children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date; Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income) | | | | | | | | | |
| 1 | - Merck & Co. | A | Div. | J | T | | | | | |
| 2 | - PNC Corp. | C | Div. | K | T | | | | | |
| 3 | - PPL Corp. | B | Div. | L | T | | | | | |
| 4 | - Philip Morris International (spin-off Altria) | B | Div. | M | T | | | | | |
| 5 | - PPG Industries | C | Div. | L | T | | | | | |
| 6 | - Sara Lee | B | Div. | K | T | part sale | 1/3/08 | K | A | |
| 7 | - Verizon Communications | C | Div. | L | T | | | | | |
| 8 | - Blackrock Muniyield PA Insd Fd. | B | Div. | | | sold | 12/11 | K | A | |
| 9 | - Nuveen PA Premium Inc Fd 2 | B | Div. | | | sold | 12/11 | K | A | |
| 10 | - PA Insd Mun Inc Tr 1st Ser | A | Div. | J | T | | | | | |
| 11 | - Fairpoint Communications (spin-off Verizon) | | None | | | part sale | 4/1/08 | J | A | |
| 12 | | | | | | sold | 5/30 | J | A | |
| 13 | - South East PA Transit 5% | B | Ex. Int. | K | T | | | | | |
| 14 | - Lehigh Co Hosp 5% | B | Ex. Int. | | | redeemed | 7/1/08 | K | A | |
| 15 | - PA Int Govt 5% | B | Ex. Int. | K | T | | | | | |
| 16 | - Wachovia Command Money Mkt | A | Div. | L | T | | | | | |
| 17 | - Bank of Holland CD 4% | A | Int. | K | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1=$1,000,000 - $5,000,000 | H2=More than $5,000,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,000 - $250,000 | E=$15,001 - $50,000 |
| | N=$250,00 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,000 - $5,000,000 | P2=$5,000,0001 - $25,000,000 | |
| | P3=$25,000,0001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Block value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | May-09 |

## VII. Page 1  INVESTMENTS AND TRUSTS -- income, value, transactions *(includes those of spouse and children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income) | | | | | | | | | |
| 1  - Westsound Bank CD 3.8% | A | Int. | | | redeemed | 12/30 | K | A | |
| 2  - Doral Bank CD 4.15% | A | Int. | | | redeemed | 6/30 | J | A | |
| 3  - Discover Bank CD 4.2% | A | Int. | K | T | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | E=$15,001 - $50,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544